**Motion Granted, Petition for Writ of Mandamus Dismissed, and Memorandum Opinion filed August 27, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00142-CV

---

### IN RE CITY OF HOUSTON, ET AL., Relators

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 333rd District Court
### Harris County, Texas
### Trial Court Cause No. 2015-35252 & 2015-35252A

---

### MEMORANDUM OPINION

On February 20, 2019, relators the City of Houston, et al., filed a petition for writ of mandamus complaining of a severance order, signed October 12, 2018, and a final judgment, signed October 12, 2018 ("the Original Proceeding"). On March 26, 2019, the court consolidated the Original Proceeding with a related appeal: No. 14-18-00896-CV, *City of Houston et al. v. Houston Municipal Employees Pension System* ("the Appeal").

On August 16, 2019, the parties filed a "Joint Motion to Dismiss Petition for Writ of Mandamus and Abate Appeal."[1] *See* Tex. R. App. P. 42.1. The motion to dismiss the mandamus petition  is granted. The Original Proceeding is dismissed. The Appeal will be abated by separate order.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.

---

[1] Although the Appeal and the Original Proceeding were consolidated, both cause numbers remain open. The motion bears the cause number of the Appeal but not the cause number of the Original Proceeding. The substance of the motion makes clear the parties seek relief in the Original Proceeding. Accordingly, we treat the motion as having been filed in the Original Proceeding.